Same case below, 381 Fed. Appx. 336.

**No. 10-477. Jeffrey Lutz, et al., Petitioners v. Anthony E. Sampair, et al.**

562 U.S. 1109, 131 S. Ct. 825, 178 L. Ed. 2d 557, 2010 U.S. LEXIS 9794.

December 13, 2010. Petition for writ of certiorari to the Supreme Court of Minnesota denied.

Same case below, 784 N.W.2d 65.

**No. 10-479. Karl Ernest Hindle, Petitioner v. Sheila Kay Fuith.**

562 U.S. 1109, 131 S. Ct. 825, 178 L. Ed. 2d 557, 2010 U.S. LEXIS 9770.

December 13, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Fifth District, denied.

Same case below, 33 So. 3d 782.

**No. 10-482. Daniel Sherman, Petitioner v. William LaMothe, et al.**

562 U.S. 1109, 131 S. Ct. 826, 178 L. Ed. 2d 557, 2010 U.S. LEXIS 9756.

**No. 10-483. M. R. Mikkilineni, Petitioner v. Gibson-Thomas Engineering Co., Inc., et al.**

562 U.S. 1109, 131 S. Ct. 826, 178 L. Ed. 2d 557, 2010 U.S. LEXIS 9726.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 379 Fed. Appx. 256.

**No. 10-484. Brant Sitzes, Individually and as Joint Administrator of the Estate of Brittney Rae Sitzes, Deceased, et al., Petitioners v. City of West Memphis, Arkansas, et al.**

562 U.S. 1109, 131 S. Ct. 828, 178 L. Ed. 2d 557, 2010 U.S. LEXIS 9788.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 606 F.3d 461.

**No. 10-486. Jack C. Benun, et al., Petitioners v. Fujifilm Corporation.**

562 U.S. 1109, 131 S. Ct. 829, 178 L. Ed. 2d 557, 2010 U.S. LEXIS 9719.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 605 F.3d 1366.

**No. 10-492. Youa Vang Lee, Trustee for the Heirs and Next-of-Kin of Fong Lee, Decedent, Petitioner v. Officer Jason Andersen, et al.**

562 U.S. 1109, 131 S. Ct. 829, 178 L. Ed. 2d 557, 2010 U.S. LEXIS 9767.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 616 F.3d 803.